1606 E. Millard Street
Johnson City, TN 37601
Phone: 971-732-0005
reginalddelaney@aol.com


FILED
JAN 07 2026
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

**Khalid El Shaddai**, IN PRO PER

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

**Khalid El Shaddai**

          Plaintiff,

vs.

**COURTNIE SIMONE BEY EL,**

&

**THE OFFICE OF WAZIR**

Tacoma, Washington 98411

          Defendant(s).

Case No.: 2:26-cv-3 Corker/Wyrick

**COMPLAINT FOR BREACH OF CONTRACT, DEFAMATION PER SE, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, BREACH OF GOOD FAITH AND FAIR DEALING, CYBERBULLYING / ONLINE HARASSMENT, CONSUMER FRAUD, AND NEGLIGENT MISREPRESENTATION**

Plaintiff, **Khalid Alexander Shaddai El**, appearing pro se, states as follows:

## JURISDICTION AND VENUE

1. This action is brought pursuant to the Court's diversity jurisdiction under **28 U.S.C. § 1332(a)** because:

- Plaintiff is a resident of Tennessee;
- Defendant is a resident of Washington State; and
- The amount in controversy exceeds **$179,000.00**, exclusive of punitive damages.

Venue is proper in this District under **28 U.S.C. § 1391(b)** because:

- Plaintiff resides in this District;
- The harm occurred in this District; and

- Defendant directed communications, solicitations, and defamatory statements into this District.

## II. PARTIES

Plaintiff **Khalid El Shaddai** resides at **1606 E. Millard Street, Johnson City, Tennessee 37601**, and is a Senior Citizen.

Defendant **COURTNIE SIMONE BEY EL** is an individual residing in **1111 TACOMA AVE S, (Dec 2021 - Dec 2025) TACOMA, WA 98402-2005 PIERCE, COUNTY**, who conducts business online, issues invoices, solicits clients, and receives payments electronically. **COURTNIE SIMONE BEY EL AKA FACEBOOK AS Simone Selget Bey El and 25 plus Aliases.**

**The Office of Wazir** is an entity operated by Defendant Courtnie Simone Bey El through which she conducts business, receives payments, and issues invoices.

## III. FACTUAL ALLEGATIONS

On or about **May 5, 2025**, Plaintiff and Defendant entered into a **Simple Contract** under which Defendant agreed to provide guidance and document preparation services regarding Status Correction, including:

- Document preparation,
- Government filing steps,
- Authentication and Apostille procedures,
- Continued guidance until process completion.

The contract did **not have a deadline**, and services were to continue until completed.

Before entering the contract, Defendant **solicited money from Plaintiff**, requesting:

- $200 initially,
- Monthly payments,
- A larger payment for guaranteed services.

Plaintiff, in good faith, made payments via **PayPal totaling $1,500.00 and remaining in Cashier Checks totaling more than $4,000 per instruction of the Secretariat and the Wazira, Courtnie**, paid in monthly installments beginning June 2025.

Defendant frequently complained about other clients owing money, alleging:

- A North Carolina client "frauded her for $10,000," and
- Other clients owed her $3,000 and traveled to a "foreign countries," implying a pattern of improper financial conduct and misrepresentation.

Plaintiff fully performed his obligations, sending:

- Birth Certificate for authentication,
- Required forms,
- Government filings,
- Multiple communications of availability.

Plaintiff provided an entire week of available meeting times. Defendant's assistant ("Vizir Secretariat") ignored the schedule and set an appointment during Plaintiff's Veterans Hospital medical appointment, which consumes entire days.

When Plaintiff informed them of the conflict, Defendant:

- Refused to reschedule reasonably,
- Wrongfully accused Plaintiff of "missing 3 meetings,"
- Claimed Plaintiff breached the contract.

In retaliation, Defendant publicly defamed Plaintiff on social media, calling him:

- "A child,"
- "Disrespectful," and
- Boasting that she "took the $4,000 and is mad as hell."

Defendant published **private messages** and **mocked Plaintiff**, intending to humiliate him.

Defendant's conduct constitutes a malicious and concerted effort to damage Plaintiff's rights, consistent with the conduct prohibited in **Title 18 U.S.C. § 241 (Conspiracy Against Rights)**, demonstrating willful and malicious intent and justifying punitive damages.

Plaintiff has suffered:

- Humiliation,
- Emotional distress,
- Reputational damage,
- Financial loss,
- Delay in legal processes

## IV. CAUSES OF ACTION

### COUNT I BREACH OF CONTRACT

Plaintiff incorporates all prior paragraphs

A contract exists: the Simple Contract Fleetwood email agreements in writing

Plaintiff made all payments and performed

Defendant breached by:

- Not performing any one on one services requested in beginning
- Not delivering anything on time
- Not scheduling meetings
- Not writing or delivering anything timely
- Terminating the agreement unilaterally and in bad faith

Plaintiff lost time and money, emotional distress, lost his case, and lost face.

### COUNT II — FRAUDULENT MISREPRESENTATION

Defendant knowingly misrepresented her ability and intent to provide individualized status-correction and legal documents.

Defendant, knowing that she would not perform as promised, accepted Plaintiff's money.

Plaintiff relied on these harmful representations.

Defendant's actions amounted to fraud under Tennessee and federal law.

### COUNT II: BREACH OF IMPLIED COVENANT OF GOOD FAITH & FAIR DEALING

Defendant acted maliciously, unreasonably, and not in good faith by refusing reasonable scheduling, misrepresenting Plaintiff's conduct, and terminating performance without justification.

## COUNT III: DEFAMATION PER SE

Defendant made false statements publicly insulting Plaintiff's character and honesty and disclosed private communications intending to injure Plaintiff's reputation. Damages are presumed.

## COUNT IV: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Defendant's public humiliation of a Senior Citizen, mockery of financial matters, and malicious motives constitute extreme and outrageous conduct causing severe emotional distress.

## COUNT V: CYBERBULLYING / ONLINE HARASSMENT

Defendant intentionally used digital means to shame, humiliate, and target Plaintiff, causing reputational and emotional injury.

## COUNT VI: CONSUMER FRAUD / DECEPTIVE BUSINESS PRACTICES

Defendant solicited money without intent to complete promised services, misrepresented her qualifications, used high-pressure emotional manipulation, and accepted money under false pretenses.

## COUNT VII: NEGLIGENT MISREPRESENTATION

Defendant misrepresented her services, scheduling obligations, process requirements, and falsely accused Plaintiff of contract breach based on fabricated facts.

## DAMAGES

WHEREFORE, Plaintiff demands:

- ➤ $179,000.00 in compensatory damages, and
- ➤ Punitive damages in an amount to punish and deter malicious conduct.
- ➤ Any other relief the Court deems proper.

## PRAYER FOR RELIEF

**WHEREFORE, Plaintiff respectfully requests:**

1. Judgment in his favor on all counts;
2. Full refund of all amounts paid;
3. Compensatory damages in an amount to be proven at trial;
4. Punitive damages;
5. Injunctive relief preventing Defendant from further defamation;
6. Any additional relief the Court finds appropriate.

Dated: __January 7, 2026__        **Khalid El Shaddai, Plaintiff in pro per**

## CERTIFICATE OF SERVICE

I hereby certify that on or about the __8th__ day of ___January___, 2026, a true and correct copy of the foregoing Complaint for Breach of Contract, Fraud, Unjust Enrichment, and Defamation was served upon the Defendants by depositing the same in the United States Mail, first-class postage prepaid, addressed as follows:

1. **COURTNIE SIMONE BEY EL,**
2. **1111 TACOMA AVE S,**
3. **TACOMA, WA 98402-2005**
4. **PIERCE, COUNTY**

5. **Vizir Secretariat**
   Email: vizirsecretariat@gmail.com

Khalid El Shaddai

*Khalid El Shaddai*

1606 E. Millard Street
Johnson City, TN 37601
Phone: 971-732-0005
reginalddelaney@aol.com